56 So.2d 358

Charles **DUNNAWAY** v. **STATE.**

7 Div. 128.

Supreme Court of Alabama.

Nov. 15, 1951.

Rehearing Denied Jan. 31, 1952.

Wales W. Wallace, Jr., Columbiana, for petitioner.

Si Garrett, Atty. Gen., and Thos. M. Galloway, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Charles Dunnaway for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Dunnaway v. State, Ala.App., 56 So.2d 356.

Writ denied.

LIVINGSTON, C. J., and FOSTER and GOODWYN, JJ., concur.